## VINCENT v. COMMONWEALTH.

(Decided September 29, 1931.)

B. M. VINCENT for movant.

J. W. CAMMACK, Attorney General, for Commonwealth.

PER CURIAM. Judgment of conviction for violation of the prohibition law, imposing a fine of $100 and 60 days in jail.

Appeal denied; judgment affirmed.

## HENDREN v. COMMONWEALTH.

(Decided October 2, 1931.)

ROSS & ROSS for movant.

J. W. CAMMACK, Attorney General, and SAMUEL B. KIRBY, Jr., Assistant Attorney General, for Commonwealth.

PER CURIAM. Judgment of conviction for assault and battery, imposing a fine of $200.

Appeal denied; judgment affirmed.